UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-6019-GW-PDx | Date | December 20, 2022 |
|---|---|---|---|
| Title | *Playvuu, Inc. v. Snap, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  IN CHAMBERS - SCHEDULING ORDER**

The Court has received the parties' Joint Rule 26(f) Report (ECF No. 39) and concludes that it can set the schedule in this matter without hearing further presentations from the parties. Thus, pursuant to C.D. Cal. L. R. 7-15, the Court takes the December 22, 2022 scheduling conference off-calendar and sets the following dates.

| Event | Date |
|---|---|
| Initial Disclosures | January 6, 2023 |
| Asserted claims and infringement contentions | January 20, 2023 |
| Invalidity contentions | March 6, 2023 |
| Exchange proposed terms for construction | April 7, 2023 |
| Exchange preliminary claim constructions and extrinsic evidence | May 8, 2023 |
| Joint claim construction and prehearing statement | June 9, 2023 |
| Complete claim construction discovery | June 30, 2023 |
| File simultaneous opening claim construction briefs (25 pp each) | July 21, 2023 |
| File simultaneous responsive claim construction briefs (20 pp each) | August 11, 2023 |
| *Markman* tutorial | August 24, 2023 at 8:30 a.m. |
| *Markman* hearing | August 31, 2023 at 8:30 a.m. |
| Deadline to amend pleadings | February 8, 2023 |
| Complete fact discovery | December 15, 2023 |

:

Initials of Preparer    JG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-6019-GW-PDx | Date | December 20, 2022 |
|---|---|---|---|
| Title | *Playvuu, Inc. v. Snap, Inc.* | | |

| | |
|---|---|
| Deadline to complete ADR | February 2, 2024 |
| Post-mediation status conference | February 8, 2024 at 8:30 a.m. |
| Serve disclosures for expert witnesses | January 12, 2024 |
| Serve disclosures for rebuttal expert witnesses | February 9, 2024 |
| Complete expert discovery | March 8, 2024 |
| File dispositive and Daubert motions (one MSJ per side) | April 5, 2024 |
| File responses to dispositive and Daubert motions | April 26, 2024 |
| File replies to dispositive and Daubert motions | May 10, 2024 |
| Motions hearing | May 23, 2024 |
| Serve pretrial disclosures | June 21, 2024 |
| File motions in limine | June 21, 2024 |
| Serve objections to pretrial disclosures and serve rebuttal pretrial disclosures | July 5, 2024 |
| File responses to motions in limine (no replies necessary) | July 8, 2024 |
| Serve objections to rebuttal pretrial disclosures | July 12, 2024 |
| File joint proposed trial documents | July 19, 2024 |
| Final pretrial conference | August 1, 2024 at 8:30 a.m. |
| Jury Trial | August 13, 2024 at 9:00 a.m. |

:

Initials of Preparer   JG