JS-6

1
2
3
4
5
6
7
8
9
10
11
12

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| 13 PLAYVUU, INC., | Case No. CV 22-6019-GW-MRWx |
| 14        Plaintiff, | **JUDGMENT** |
| 15    v. | Judge:   Hon. George H. Wu |
| 16 SNAP INC., | |
| 17        Defendant. | |

18
19
20
21
22
23
24
25
26
27
28

Final judgment is entered in favor of Defendant Snap Inc. and against Plaintiff Playvuu, Inc. on Plaintiff's claims for infringement of U.S. Patent No. 10,931,911, which claims are dismissed with prejudice.  Plaintiff shall take nothing by its complaint.

Dated: December 12, 2023

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE